# In the United States District Court for the Southern District of Georgia Waycross Division

RUSBELIS FABIANNA CALDERA VALERA,

    Petitioner,

v.

TONY NORMAND, Warden of Folkston ICE Processing Center, in his official capacity,

    Respondent.

CV 525-163

## ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal, no. 4, wherein he notifies the Court that he wishes to dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment); see also Webb v. Jones, No. 5:18cv176, 2019 WL 587920, at *1 (N.D. Fla. Jan. 10, 2019) (noting that habeas petitioners may avail themselves of Rule 41(a)(1)). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 21 day of November, 2025.

---
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA